NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BOSE CORPORATION,**
*Appellant*

**v.**

**SDI TECHNOLOGIES, INC.,**
*Appellee*

---

2015-1322, 2015-1323, 2015-1961, 2015-1963

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2013-00350, IPR2013-00465, IPR2014-00343, IPR2014-00346.

---

## JUDGMENT

---

MARK JOSEPH HEBERT, Fish & Richardson, P.C., Boston, MA, argued for appellant. Also represented by JOLYNN M. LUSSIER; BRIAN P. BOYD, Atlanta, GA.

MATTHEW B. LOWRIE, Foley & Lardner LLP, Boston, MA, argued for appellee. Also represented by MATTHEW AMBROS, LUCAS I. SILVA; KIMBERLY KRISTIN DODD, Milwaukee, WI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge*, CLEVENGER and REYNA, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**


ENTERED BY ORDER OF THE COURT


| November 14, 2016 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
|  | Clerk of Court |